# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>ROYCE NEWSOME 　　　　　　 )<br>and ALVIN ANTHONY, 　　　　　)<br>　　　Defendants. 　　　　　　　) | No. 25-20013 |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Mark S. Norris for all further proceedings.

**IT IS SO ORDERED,** this 19th day of November, 2025.

　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE